(77 South. 1002)

**ALLEN v. STATE.** (3 Div. 312.) (Court of Appeals of Alabama. Jan. 15, 1918.) Appeal from Circuit Court, Montgomery County; Leon

McCord, Judge. W. L. Martin, Atty. Gen., for the State.

SAMFORD, J. The record contains no bill of exceptions, and after a careful examination we find no error in the record. Affirmed.